894

No. 80–55. Mastrangelo *v.* Pennsylvania. Appeal from Sup. Ct. Pa. dismissed for want of substantial federal question. Justice Brennan and Justice Stevens would note probable jurisdiction and set case for oral argument.

No. 80–173. Barmat *v.* Robertson, Superintendent, Arizona Department of Liquor Licenses and Control, et al. Appeal from Ct. App. Ariz. dismissed for want of substantial federal question.

No. 80–5212. Prenzler *v.* Pike et al. Appeal from Ct. App. Cal., 4th App. Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 80–5213. Prenzler *v.* Pike et al. Appeal from C. A. 9th Cir. dismissed for want of jurisdiction.

No. 79–1862. Globe Newspaper Co. *v.* Superior Court for the County of Norfolk. Appeal from Sup. Jud. Ct. Mass. Judgment vacated and case remanded for further consideration in light of *Richmond Newspapers, Inc.* v. *Virginia,* 448 U. S. 555 (1980).

No. 80–183. Illinois *v.* Weber. App. Ct. Ill., 3d Dist. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *United States* v. *Salvucci,* 448 U. S. 83 (1980).